UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN -7 AM 10: 58
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| Plaintiff, | ) |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| **Jose CASTRO-Medina,** | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

08 MJ 0040

The undersigned complainant, being duly sworn, states:

On or about **January 5, 2008**, within the Southern District of California, defendant, **Jose CASTRO-Medina,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **7th** DAY OF **JANUARY 2007.**

_____
Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose CASTRO-Medina

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 5, 2008, Border Patrol Agent J. Salas was assigned to foot-patrol duties at the Imperial Beach Border Patrol Station area of operations. At approximately 6:20 a.m., Agent Salas responded to a report from a thermal scope operator that a group of five individuals were walking north from the direction of the border fence in an area known as "Washer Woman's". This area is approximately one and one half miles east of the San Ysidro, California Port of Entry and 150 yards north of the United States / Mexico International Border. Upon arriving to the area, Agent Salas found fresh footprints for the individuals heading north from the area. Agent Salas followed the footprints and notified other agents in the area of this activity. Border Patrol Agents S. Selga and J. Griffin responded to this general area. At approximately 6:45 a.m. Agent Selga and Griffin encountered five individuals walking north through some thick brush. Agents Selga and Griffin identified themselves as United States Border Patrol Agents in the English and Spanish language. At that time all five individuals ran from the Agents.

Agents Selga and Griffin began to follow these individuals in two different directions. After a short foot pursuit at approximately 7:00 a.m. Agent Selga found two subjects attempting to conceal themselves in some thick brush. Agents Selga identified himself as United States Border Patrol Agent, and then questioned each individual as to his citizenship and immigration status. Each subject including one later identified as the defendant Jose CASTRO-Medina, admitted to being citizens and nationals of Mexico without immigration documents that would allow them to enter or remain in the United States legally. At a short distance away Agents Griffin and J. Viau located the other three subjects that had absconded. All five were arrested and transported to the Imperial Beach Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on June 27, 2007, through Calexico, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on January 6, 2008, at 11:50 a.m.

Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 5, 2008, in violation of Title 8, United States Code, Section 1326.

Louisa S. Porter
United States Magistrate Judge

1/6/08    11:07 AM
Date/Time